No. 97–9102. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–9107. LYONS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 97–9125. PIERCE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9140. HILT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–9149. LARA v. DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–9159. ZAMORA-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–9162. FRASER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 97–9174. VASQUEZ ET AL. v. STINSON, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–9182. BIERI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–9183. HILL v. FRENCH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–9186. GIBBONS v. LARKINS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS. C. A. 3d Cir. Certiorari denied.

No. 97–9194. GUANIPA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–9199. FLORES-OCHOA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9200. THOMPSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–9203. BAKSH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.